

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00224-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Aaron **TREVINO**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-24578
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we REVERSE the trial court's April 14, 2022 "Order Denying Defendant City of San Antonio's Motion for No Evidence & Traditional Summary Judgment (Jurisdictional Grounds)," and RENDER judgment (1) GRANTING the City's Motion for No Evidence & Traditional Summary Judgment (Jurisdictional Grounds) and (2) DISMISSING Aaron Trevino's claims against the City for lack of subject-matter jurisdiction.

Costs of appeal are assessed against appellant.

SIGNED December 7, 2022.

_____
Lori I. Valenzuela, Justice